## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

JOHN PRATT,

      Plaintiff,

                                    Case No. 2:22-CV-10362-SFC-KGA

v.

                                      Hon. Sean F. Cox

CHALLENGE MFG. HOLDINGS, INC.,   Magistrate Kimberly G. Altman

      Defendant.

---

### ORDER

      The Court has reviewed the parties' Joint Motion for Approval of Settlement Agreement and the settlement agreement in this case.  The Court finds that the settlement agreement is fair and reasonable in light of all of the relevant circumstances described in the Joint Motion.

      IT IS THEREFORE ORDERED that the settlement agreement is approved and this case is dismissed with prejudice.

Dated: January 19, 2023                s/Sean F. Cox
                                          Sean F. Cox
                                          U. S. District Judge